IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL LYNN JONES,
ADC #105386                                                                                  PLAINTIFF

v.                              1:12-cv-00037-KGB-JTK

DR. BISHOP, et al.                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 15 day of August, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE